Brent Edward Martin
Plaintiff

V     Civil Action 21-00230-KD-N

ZACHARY S. Hard
Defendant

FILED JAN 6 '22 PM 2:58 USDC AL S

# Amended Petition

I come before this Honorable court and Ask to Have the video evidence of Inmate's Still opening my cell door Be Reconsidered and ordered to Be Preserved - Page 5 of my Original complaint. The reason I'm Asking is I want to Add those officer's who were In charge of Single Walk shower or Z-1 status Inmates showers On the day's mentioned. That video evidence will Show which officer gave the crank Key to An Inmate to open my cells door O-15 On most of those day's I did not even see An officer when I went downstairs to turn the shower on upstair's, I had to go Inside the Pipe chase downstairs. Also I'm Asking For A Motion of discovery For the Records of who meaning officer was In charge on those dates of Showering Z-1 Status Inmate's I want to Add those officer's as Defendants In a claim of violating my civil Rights, I'm Also Asking For discovery of All statements if Any were made BY captain Smith and Lt. Brown of the meeting which was Held to try and Settle myself and Mcmillians Arguement, the Reason Stated is on 9/26/19 I was taken to the shower by an officer. I mentioned this in my Original Filing that officer's name was officer Jones. If that named officer Knew to shower me by myself and then shower McMillian by Himself. Then officer Hard should have Known Also. I Believe a memo was Issued.

II. I Also Ask For Lt. Darryl Mcmillian to Be Added as An defendant In my Original Petition. On Oct-18, 2021 I was Assaulted by him when He sprayed a fire extenguisher In my Face And caused Blindness In my Right eye For 2 day's, I had to have my eye's Flushed 2 day's Straight to Remove the Poison. My claim against him is For Assault which violate's my civil Rights. On Oct-18, 2021 I Asked officer Moody to tell the shift commander I needed to talk to Him. No one came And talked to me and I observed Lt. Mcmillian and other officer's Inside the cubicle. I set a small Fire Inside of my cell to get their Attention. I was getting threatened by many Inmate's Before Lt. Mcmillian and other officers came to my cell I had Put the small Fire out. There was no damage to my cell. When Lt. Mcmillian Arrived He ordered me to turn Around and I was Handcuffed Behind my Back. My cell door was then opened and Immediately Lt. Mcmillian sprayed me In the Face with the Fire extenguisher.

Page-1

I was taken to the Infirmary for treatment and Admitted to the Hospital Ward Here. Im under constant Surveilance And there is video evidence along with Picture's of my Injured eye. I Believe He Assaulted me because of my lawsuit Against officer Hurd. I've been threatened by him on numerous occasion's, I Face constant threats from the officers here and name calling. Im Asking for 250,000 dollars in Punitive damage's for his Assault on me And my Suffering from my Right eye to this day. I Received a displinary for setting the small fire and was punished after I pleaded guilty

    HCF-21-00653
      926-Arson
    Oct-18, 2021 8:00 Am at KLM Unit

III. I would Also like to Add Dr. Jared Burkett to my lawsuit as an defendant, the claim Against him is for malpractice/Failing to fix my dislocated Pinky Finger on my left hand. the Facts Against Dr. Burkett On 9/29/2019 I Received An X-ray of my Pinky Finger which was Performed *see Page-82 of my medical Records Provided In the Special Report. BY Rana, MD, Hunald Nasir 2:59 pm. the Finding were Interval Reduction of fifth digit Proximal Interphalangeal Joint dislocation. On Oct-1, 2019 I Got Surgery Performed on my left Hand to repair the damage's specifically For Tenden Repair 4th Finger At 8 am. Dr. Burkett Failed to Relocate my Pinky Finger and Now It obstructs me making A Fist And I Have Nerve damage. I had several Follow UP visits to see Dr. Burkett AT

    USA Health
    Dept of Orthopaedic's
    Strada Patient care center
    1601 center street, 3rd floor
    Mobile, Al 36604

My Medical Records that were Released to me Are Incomplete. Their is no Records/Paperwork For those Follow up visits. I was transferred to see Dr. Burkett For a final visit I Believe In May-2020 By officer Harris and one other officer. This is when I complained to Dr. Burkett about my croked Pinky finger. He had an X-ray Performed on me. I was then told by Dr. Burkett that He couldn't Fix my Hand Because It had healed and that I wasn't a candidate For Surgery. Because of the extensive Rehabilitation that I'd have to get. Dr. Burkett could have Fixed my Pinky Finger's dislocation on Oct-1, 2019 He Saw the Injury. I Believe Im Still eligible to Receive

                      Page-2

Relief I'm Asking For 250,000 dollar's Against him. Because I didn't find out about the Permanent damage until my Final visit. Also the state's many delay's Asking For more time to File their Answer to my petition, I Filed my lawsuit on May-10, 2021. I Ask the court to order the Alabama Dept. of Correction's Here At Holman to Release the Rest of my medical Records concerning Dr. Burkett and to Release the Record of my Being taken to USA Health By officer Harris and Another Officer. Finally I Ask this court to Reconsider Its denial of court Appointed Counsel to me. the Reason Is I would have 3 named defendants and Potentially 4 more corrections officers For violating my civil Rights.

Respectfully submitted
Brent Martin Z-749
Holman 3700/L-54
Atmore, Al. 36503

Page-3

FILED JAN 6 '22 PM 2 59 USDCALS

## Certificate of Service

I Hereby certify that I have mailed a copy to the Clerk of Court and to Laura E. Howell Assistant Attorney General And Officer Hards Attorney thru US Mail on Jan-5, 2022

Laura E. Howell
Office of
Attorney General
501 Washington Ave,
P.O. Box 300152
Montgomery, Al 36130

Brent Martin Z-746
Holman 3700 /L-54
Atmore, Ala 36503

Brent Martin Z-746
Holman 3700/L-54
Atmore, Ala 36503

United States District Court
Southern District of AlaBama
   clerk
155 ST. JosePH Street
Mobile, AlaBama 36602